# United States District Court

## *Southern District of Georgia*

| | | |
|---|---|---|
| TMX Finance LLC and Titlemax Funding, Inc., | | |
| _____ | Case No. | 4:24-cv-00175-RSB-CLR |
| Plaintiff | | |
| v. Wendy Spicher, in Her Official Capacity as Secretary of the | Appearing on behalf of | |
| _____ | Plaintiff | |
| Defendant | | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  27th  day of   August  ,  2024 .

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Ryan Joseph Strasser |
| Business Address: | Troutman Pepper Hamilton Sanders LLP |
| | Firm/Business Name |
| | 1001 Haxall Point |
| | Street Address |
| | 15h floor   Richmond   VA   23219 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 804-697-1478 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | ryan.strasser@troutman.com |